UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMANDWARE, INC., <br>              Plaintiff, <br><br> vs. <br><br> THE FINISHLINE USA INC., <br>              Defendant. | CIVIL ACTION NO. 13-5617 |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF

PLAINTIFF DEMANDWARE INC.

Plaintiff Demandware Inc. submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Demandware Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 12, 2013

Respectfully Submitted,

By: /s/ Robert Trenchard

Robert Trenchard
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: Robert.Trenchard@wilmerhale.com

*Counsel for Demandware, Inc.*

*Of Counsel:*

Robert Cultice
Marissa Eisenberg
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Demandware, Inc.*