UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEMANDWARE, INC.,

            Plaintiff,

v.

THE FINISH LINE USA, INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF Case**

Case No: 13-cv-5617 (TPG)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **GORDON W. SCHMIDT**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Defendant The Finish Line USA, Inc. in the above-captioned action.

I am in good standing with the bars of the States of Pennsylvania and Ohio, and there are no pending disciplinary proceedings against me in any state, commonwealth or federal court.

Dated: October 1, 2013

                                            Respectfully submitted,

                                            /s/ Gordon W. Schmidt
                                            Gordon W. Schmidt
                                            McGUIREWOODS LLP
                                            EQT Plaza
                                            625 Liberty Avenue, 23rd Floor
                                            Pittsburgh, PA 15222-3142
                                            Telephone: (412) 667-7946
                                            Facsimile:  (412) 667-7955
                                            gschmidt@mcguirewoods.com



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Gordon W. Schmidt, Esq.

DATE OF ADMISSION

October 6, 1975

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 12, 2013

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Gordon W. Schmidt

was admitted to the practice of law in Ohio on June 22, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 11th day of September, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
DEMANDWARE, INC.,

           Plaintiff,

    v.

THE FINISH LINE USA, INC.,

           Defendant.
------------------------------------ X

**ECF Case**

Case No: 13-cv-5617 (TPG)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of **GORDON W. SCHMIDT** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the States of Pennsylvania and Ohio, and that his contact information is as follows:

|   |   |
|---|---|
| Applicant's Name: | **GORDON W. SCHMIDT** |
| Firm Name: | McGuireWoods LLP |
| Address: | EQT Plaza, 625 Liberty Avenue, 23rd Floor |
| City/State/Zip: | Pittsburgh, PA 15222-3142 |
| Phone Number: | (412) 667-7946 |
| Fax Number: | (412) 667-7955 |
| E-mail: | gschmidt@mcguirewoods.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Finish Line USA, Inc.;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2013

SO ORDERED:

_____
U.S. District Judge

50850169.1