UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEMANDWARE, INC.,                       :
                                        :   **ECF Case**
           Plaintiff,                   :
     v.                                 :   Case No: 13-cv-5617 (TPG)
                                        :
THE FINISH LINE USA, INC.,              :   **MOTION FOR ADMISSION**
                                        :   ***PRO HAC VICE***
           Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **KEVIN BATIK**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Defendant The Finish Line USA, Inc. in the above-captioned action.

   I am in good standing with the bar of the State of Pennsylvania, and there are no pending disciplinary proceedings against me in any state, commonwealth or federal court.

Dated: October 1, 2013

                                        Respectfully submitted,

                                        /s/ Kevin Batik
                                        Kevin Batik
                                        McGUIREWOODS LLP
                                        EQT Plaza
                                        625 Liberty Avenue, 23rd Floor
                                        Pittsburgh, PA 15222-3142
                                        Telephone: (412) 667-7986
                                        Facsimile:  (412) 667-7942
                                        kbatik@mcguirewoods.com

50850370.1



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Kevin Batik, Esq.

**DATE OF ADMISSION**

*October 25, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 12, 2013

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEMANDWARE, INC.,

             Plaintiff,

v.

THE FINISH LINE USA, INC.,

             Defendant.

------------------------------------- X

**ECF Case**

Case No: 13-cv-5617 (TPG)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of **KEVIN BATIK** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Pennsylvania, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **KEVIN BATIK** |
| Firm Name: | McGuireWoods LLP |
| Address: | EQT Plaza, 625 Liberty Avenue, 23rd Floor |
| City/State/Zip: | Pittsburgh, PA 15222-3142 |
| Phone Number: | (412) 667-7986 |
| Fax Number: | (412) 667-7942 |
| E-mail: | kbatik@mcguirewoods.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Finish Line USA, Inc.;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2013            SO ORDERED:

                                                                                                                                            U.S. District Judge