UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DEMANDWARE, INC.,                     :
                                      :  **ECF Case**
            Plaintiff,                :
       v.                             :  Case No: 13-cv-5617 (TPG)
                                      :
THE FINISH LINE USA, INC.,            :  **ORDER FOR ADMISSION**
                                      :  *PRO HAC VICE*
            Defendant.                :
------------------------------------- X

The motion of **GORDON W. SCHMIDT** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the States of Pennsylvania and Ohio, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **GORDON W. SCHMIDT** |
| Firm Name: | McGuireWoods LLP |
| Address: | EQT Plaza, 625 Liberty Avenue, 23rd Floor |
| City/State/Zip: | Pittsburgh, PA 15222-3142 |
| Phone Number: | (412) 667-7946 |
| Fax Number: | (412) 667-7955 |
| E-mail: | gschmidt@mcguirewoods.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Finish Line USA, Inc.;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Oct. 3, 2013

SO ORDERED:

_____
U.S. District Judge

50850169.1