UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| DEMANDWARE, INC., | : | **ECF Case** |
| | : | |
| Plaintiff, | : | Case No: 13-cv-5617 (TPG) |
| v. | : | |
| | : | **CERTIFICATE PURSUANT TO** |
| THE FINISH LINE USA, INC., | : | **FRCP 7.1** |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant The Finish Line USA, Inc. certifies that The Finish Line, Inc. is its publicly traded parent.

Dated: New York, New York
October 21, 2013

/s Kevin S. Batik
Kevin S. Batik *(Admitted Pro Hac Vice)*
Gordon W. Schmidt *(Admitted Pro Hac Vice)*
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000

Suzanne Amy Spencer
McGuireWoods LLP
1345 Avenue of the Americas , 7th Floor
New York, NY 10105-0106
(212) 548-7004
*Attorneys for Defendant The Finish Line USA, Inc.*