IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEMANDWARE, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 13-5617 |
| v. | ) | |
| THE FINISH LINE USA, INC., | ) | |
| Defendant. | ) | |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert D. Cultice, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Demandware, Inc. in the above-captioned action.

I am an active member of the bar in good standing for the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any State or Federal Court.

Dated:  November 12, 2013         Respectfully submitted,

*/s/ Robert D. Cultice*
Robert D. Cultice
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6021 / 617-526-5000
robert.cultice@wilmehale.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMANDWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FINISH LINE USA, INC., <br><br> Defendant. | Civil Action No. 13-5617 |

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

The motion of Robert D. Cultice for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing for the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

    Applicant's Name:    Robert D. Cultice
    Firm Name:    Wilmer Cutler Pickering Hale and Dorr LLP
    Address:    60 State Street
    City/State:    Boston, MA  02109
    Phone / Fax:    617-526-6021 / 617-526-5000
    Email:    robert.cultice@wilmehale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Demandware, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____                  United States District Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1978**, said Court being the highest Court of Record in said Commonwealth:

## Robert Donald Cultice

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **October** in the year of our Lord **two thousand and thirteen.**

*MAURA S. DOYLE,* Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116