Griesa, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DEMANDWARE, INC.,

                Plaintiff,

v.

THE FINISH LINE USA, INC.,

                Defendant.

---

Case No: 13-cv-5617 (TPG)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/13
```

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the time for Demandware, Inc. to answer or otherwise move with respect to the Counterclaim filed by The Finish Line USA, Inc. on October 21, 2013 is hereby extended from November 15, 2013 to December 6, 2013. This is Plaintiff's first request for an extension.

Dated: New York, New York
         November 13, 2013

WILMER CUTLER PICKERING HALE AND DORR
*Attorneys for Plaintiff, Demandware, Inc.*

By: _____
Robert Walter Trenchard
Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8867
Fax: 212-230-8888
Email: robert.trenchard@wilmer.com

ActiveUS 117706721v.1

Dated: New York, New York  
       November 13, 2013

MCGUIRE WOODS, L.L.P.  
*Attorneys for Defendant, The Finish Line USA, Inc.*

By: _____  
Gordon W. Schmidt *(Admitted Pro Hac Vice)*  
McGuire Woods, L.L.P.  
625 Liberty Avenue, 23rd Floor  
Pittsburgh, PA 15222  
(412) 667-7946  
Fax: (412) 667-7955  
Email: gschmidt@mcguirewoods.com

SO ORDERED this 14th day of November, 2013

_____  
Thomas P. Griesa, U.S.D.J.

11/14/13