IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMANDWARE, INC., | ) |
| Plaintiff, | ) Civil Action No. 13-5617 |
| v. | ) |
| THE FINISH LINE USA, INC., | ) |
| Defendant. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 11/20/13

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

The motion of Robert D. Cultice for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing for the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Robert D. Cultice |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA  02109 |
| Phone / Fax: | 617-526-6021 / 617-526-5000 |
| Email: | robert.cultice@wilmehale.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Demandware, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 11/20/13

_____
Thomas P. Griesa
United States District Judge