UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DEMANDWARE, INC., :
:
              Plaintiff, : Case No: 13 CV 5617 (TPG)
  v. :
: **NOTICE OF APPEARANCE**
THE FINISH LINE USA, INC., :
:
             Defendant. :
------------------------------------x

      The undersigned, S. Amy Spencer, hereby enters her appearance as counsel for Defendant The Finish Line USA, Inc. in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at her address listed below. I certify that I am admitted to practice in this Court.

Dated: November 20, 2013
       New York, New York

                           **McGUIREWOODS LLP**

           By: */s/ S. Amy Spencer*
               Suzanne Amy Spencer
               *aspencer@mcguirewoods.com*
               McGuireWoods LLP
               1345 Avenue of the Americas
               7th Floor
               New York, New York 10105
               Telephone: (212) 548-2162
               Facsimile:  (212) 715-2310
               *Counsel for Defendant*

5237 5969.1