UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMANDWARE, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>THE FINISH LINE USA, INC.,<br><br>  Defendant. | 13-cv-5617 (TPG) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marissa K. Eisenberg of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 60 State Street, Boston, Massachusetts 02109, hereby appears on behalf of Plaintiff Demandware, Inc. of Burlington, MA, in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated:  December 20, 2013          Respectfully submitted,

/s/ Marissa K. Eisenberg
Marissa K. Eisenberg
WilmerHale LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
marissa.eisenberg@wilmerhale.com