UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEMANDWARE, INC.,

        Plaintiff,

v.

THE FINISH LINE USA, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No: 13-cv-5617 (TPG)

**MOTION FOR ADMISSION**
*__PRO HAC VICE__*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **COURTNEY S. SCHORR**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Defendant The Finish Line USA, Inc. in the above-captioned action.

I am in good standing with the bars of the Commonwealth of Pennsylvania, the Commonwealth of Virginia, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state, commonwealth or federal court.

Dated: March 17, 2014

                                          Respectfully submitted,

                                          /s/ Courtney S. Schorr
                                          Courtney S. Schorr
                                          McGUIREWOODS LLP
                                          EQT Plaza
                                          625 Liberty Avenue, 23rd Floor
                                          Pittsburgh, PA 15222-3142
                                          Telephone: (412) 667-7947
                                          Facsimile: (412) 667-7952
                                          cschorr@mcguirewoods.com



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Courtney South Schorr, Esq.*

DATE OF ADMISSION

*January 2, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 28, 2014

Patricia A. Nicola
Chief Clerk

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### COURTNEY SOUTH SCHORR

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2003.

I further certify that so far as the records of this office are concerned, COURTNEY SOUTH SCHORR is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 5th day of March
A.D. 2014

By: _____
Deputy Clerk



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**COURTNEY S. SCHORR**

was on **JULY 9, 2004** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **March 11, 2014**

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DEMANDWARE, INC.,

           Plaintiff,

v.

THE FINISH LINE USA, INC.,

           Defendant.
------------------------------------- X

Case No: 13-cv-5617 (TPG)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

      The motion of **COURTNEY S. SCHORR** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Pennsylvania, the Commonwealth of Virginia, and the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **COURTNEY S. SCHORR** |
| Firm Name: | McGuireWoods LLP |
| Address: | EQT Plaza, 625 Liberty Avenue, 23rd Floor |
| City/State/Zip: | Pittsburgh, PA 15222-3142 |
| Phone Number: | (412) 667-7947 |
| Fax Number: | (412) 667-7952 |
| E-mail: | cschorr@mcguirewoods.com |

      Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Finish Line USA, Inc.;

      **IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2014

                                                                         SO ORDERED:

                                                                        _____
                                                                            U.S. District Judge

54590979_1