UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
:
DEMANDWARE, INC.,                  :
                                   :   13-cv-5617 (TPG)
        Plaintiff,                 :
                                   :
-against-                          :   **NOTICE OF WITHDRAWAL**
                                   :   **OF APPEARANCE**
THE FINISH LINE USA, INC.,         :
                                   :
        Defendant.                 :
                                   :
---------------------------------- X

      PLEASE TAKE NOTICE that Kevin S. Batik hereby withdraws as counsel of record for Defendant The Finish Line USA, Inc. in the above-captioned matter. Gordon W. Schmidt and Suzanne Amy Spencer will continue to serve as counsel to Defendant in this matter.

      Respectfully submitted,

      McGUIREWOODS LLP

      *s/ Kevin S. Batik*
      Kevin S. Batik
      McGuireWoods LLP
      625 Liberty Avenue
      23rd Floor
      Pittsburgh, PA 15222
      Phone: (412) 667-7986
      Fax: (412) 667-7942
      kbatik@mcguirewoods.com

Dated: ~~March~~ April 1, 2014

SO ORDERED

/s/ Thomas P. Griesa

Hon. Thomas P. Griesa, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/14

5499 8516.1