Gruesa, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMANDWARE, INC.,

    Plaintiff/Counterclaim Defendant,

v.

THE FINISH LINE USA, INC.,

    Defendant/Counterclaim Plaintiff.

13-cv-5617 (TPG)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Demandware, Inc. against The Finish Line USA, Inc. shall be, and hereby are, dismissed with prejudice and without fees and costs;

IT IS FURTHER STIPULATED AND AGREED that all claims by The Finish Line USA, Inc. against Demandware, Inc. shall be, and hereby are, dismissed with prejudice and without fees and costs;

IT IS FURTHER STIPULATED AND AGREED that this Joint Stipulation may be executed in separate multiple counterparts, each of which shall be deemed to be an original. Signatures provided through email or facsimile are deemed to be the equivalent of originals for filing purposes.

Dated: July 1, 2014

For Plaintiff/Counterclaim Defendant,
Demandware, Inc.

_[signature]_

For Defendant/Counterclaim Plaintiff
The Finish Line USA, Inc.

_[signature]_

| | |
|---|---|
| Robert Cultice (admitted Pro Hac Vice)<br>Elizabel Kent Cullen (admitted Pro Hac Vice)<br>WilmerHale LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000 | Gordon W. Schmidt (admitted Pro Hac Vice)<br>McGuireWoods LLP<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, Pennsylvania 15222<br>(412) 667-6000<br><br>Suzanne Amy Spencer<br>McGuireWoods LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105-0106<br>(212) 548-7004 |

**SO ORDERED:**

*/s/ Thomas P. Griesa*

**U.S.D.J.**   7/9/14 xm

-7-